

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH MASON SPRAGUE | DOCKET NO. 11-CV-1339; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WILLIAM SHERROD | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the request for mandamus in the captioned matter is **DENIED,** and the case is **DISMISSED.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 20th day of October, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE